**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| JAMES MICHAEL DURHAM, JR. | CIVIL ACTION NO. 25-2062 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| CITY OF SHREVEPORT, ET AL. | MAGISTRATE JUDGE HORNSBY |

**ORDER**

The Court having reviewed the Report and Recommendation of the Magistrate Judge, the written objections having been filed, and the defendants' response to the objections, and after a *de novo* review of the record, and concurring with the findings of the Magistrate Judge under the applicable law, the Court **ADOPTS** the Report and Recommendation and the reasons articulated therein. Accordingly,

**IT IS ORDERED** that defendants' Motion to Dismiss, Record Document 21, is **GRANTED** by dismissing plaintiff's claim of excessive force and is **DISMISSED** to the extent it is based on the Eighth Amendment or the substantive due process component of the Fourteenth Amendment.

**IT IS FURTHER ORDERED** that all federal claims against the City of Shreveport or Chief Wayne Smith are **DISMISSED**. Chief Smith is dismissed because there are no state law claims against him. The City of Shreveport remains as a defendant because of its potential vicarious liability based on state law claims against its employees.

**DONE AND SIGNED** at Shreveport, Louisiana, this 19th day of October, 2026.

Alex C. Van Hook

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE